IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>HANI ANDRAOUS SABA<br><br>SAMAR  BISHARA SABA<br><br><br>XXX-XX-9256<br><br>XXX-XX-7286<br><br><br>   Debtor(s) | CASE NO. 11-02965SEK<br><br>Chapter 13<br><br><br><br><br>**FILED & ENTERED ON 08/04/2011** |

## NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST

Please take notice that the instant case has been reassigned to Hon. Mildred Caban Flores, U.S. Bankruptcy Judge.

Notice is also given that The **Confirmation Hearing** scheduled for **08/12/2011 AT 11:30 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico **HAS BEEN RESCHEDULED FOR 09/29/2011 AT 09:00 A.M.** at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, third floor, Courtroom 3, 300 Recinto Sur Street, Old San Juan, Puerto Rico.

San Juan, Puerto Rico, this 04 day of August,2011.


                                    MARIA DE LOS GONZALEZ, ESQ.
                                    Clerk of the Court


                              By:   S/ALVIN CENTENO GONZALEZ
                                    Deputy Clerk

C:  all creditors