IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

HANI ANDRAOUS SABA

SAMAR BISHARA SABA

DEBTOR(S)

CASE NO 11-02965-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **May 10, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: to be determined

PLAN DATE: April 26, 2011    PLAN BASE: $90,582.08

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/16/2011

[ ] FAVORABLE         [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):
   2 months in arrears with Trustee.

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   1)appraisal for Country Club residence;2)income evidence from 5 apartments;3)amend tax refund language in plan to state that same will increase base automatically;4)amend J to list mortgage payments;5)docs supporting $80,000 value given to debtor's interest in corporation

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$6,000.00 /$3,000.00/$3,000.00

Atty: CARLOS E RODRIGUEZ

/s/ Rosamar García Fontán

Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062